AO91 (Rev. 12/03)  Criminal Complaint                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**          **CRIMINAL COMPLAINT**
              vs.

Md HOSSAIN                                         Case Number: 1:19-po-435
 A201 526 353  Bangladesh

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about January 12, 2019 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 12, 2019. The defendant is a citizen of Bangladesh who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on January 12, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ramirez3, Jesus M.  Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 13, 2019                                                        at        Brownsville, Texas
Date                                                                                        City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge           Title of Judge                                         Signature of Judge